UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

Plaintiff/Counter-Defendant,

v.

RASHAD ALI-KAID BADI and
EMAN SALAH,

Case No. 25-cv-10494
Hon. Linda V. Parker

Defendants-Counter-Plaintiffs,

and

ALEXANDER DEONTE BROWN,
DAVID VALENTINO BROWN, III,
and WILLIA MAE BROWN,

Defendants.
_____________________________________________/

# JUDGMENT

On February 20, 2025, Nationwide Mutual Fire Insurance Company ("Nationwide") filed this action seeking a declaratory judgment that it has no duty to provide liability insurance coverage in excess of $50,000 each person/$100,000 per occurrence for the claims Rashad Ali-Kaid Badi and Eman Salah filed against Alexander Deonte Brown, David Valentino Brown, III, and Willia Mae Brown in an action pending in Wayne County Circuit Court. (ECF No. 1.) On May 19, 2025, Badi and Salah filed a counterclaim against Nationwide, seeking a

declaratory judgment that Nationwide has a duty to provide liability insurance coverage in the amount of $250,000 each person/$500,00 per occurrence pursuant to the Out of State Coverage provision in the relevant Nationwide Auto Policy, Policy Number 6139V 096928 (“Policy”), and Michigan’s No Fault Act, Mich. Comp. Laws § 500.3009.

Nationwide filed a motion for summary judgment, which the Court granted in an Opinion and Order entered on this date. The Court found no genuine issues of material fact and that Nationwide is entitled to judgment as a matter of law.

Accordingly,

**IT IS ORDERED** that Judgment is entered in favor of Nationwide and against Badi and Salah. With respect to the underlying action, the applicable bodily injury liability limits under the Policy are $50,000 per person and $100,000 per occurrence.

**IT IS FURTHER ORDERED** that Badi and Salah’s Counterclaim is **DISMISSED WITH PREJUDICE**.

Date: November 23, 2026

s/LINDA V. PARKER
U.S. DISTRICT JUDGE